IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN J. BONTTY,

    Plaintiff,                   No. CIV S-05-0426 GEB JFM P

  vs.

THE CDC, et al.,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 29, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.

1

1 Plaintiff has not filed objections to the findings and
2 recommendations.
3     Although it appears from the file that plaintiff's copy
4 of the findings and recommendations was returned, plaintiff was
5 properly served.  It is the plaintiff's responsibility to accept
6 service of all documents filed in this action.  Pursuant to Local
7 Rule 83-182(f), service of documents at the record address of the
8 party is fully effective.
9     The court has reviewed the file and finds the findings
10 and recommendations to be supported by the record and by the
11 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
12 that:
13     1.  The findings and recommendations filed April 29,
14 2005 are adopted in full; and
15     2.  This action is dismissed without prejudice.
16 Dated:  June 9, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2