IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN J. BONTTY,

      Plaintiff,                                     No. CIV S-05-0426 GEB JFM P

      vs.

THE CDC, et al.,

      Defendants.                       <u>ORDER</u>

_____/

        On July 5, 2005, plaintiff filed a letter.  This civil rights action was closed on June 10, 2005.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings bearing the above case number.

DATED: January 12, 2006.

                                                   /s/ John F. Moulds
                                    UNITED STATES MAGISTRATE JUDGE

12
bont0426.58